# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH RICHARDSON,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-01936-LDG-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 13) |

　　　　Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 13. The Court hereby **SETS** a hearing on the motion for 10:30 a.m. on February 26, 2016, in Courtroom 3C. Plaintiff and her current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than February 17, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than February 22, 2016.

　　　　IT IS SO ORDERED.

　　　　DATED: February 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge