UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH RICHARDSON,<br><br>                  Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>                  Defendant(s). | Case No. 2:15-cv-01936-LDG-NJK<br><br>**ORDER** |

      Pending before the Court is an order to show cause arising out of the parties' failure to comply with the deadline to file a joint proposed pretrial order. Docket No. 22. The Court has now received responses. Docket Nos. 23, 24. The parties are hereby **ORDERED** to file a joint proposed pretrial order by October 3, 2016. The order to show cause is otherwise **DISCHARGED**.

      IT IS SO ORDERED.

      Dated: September 26, 2016

                                              _____<br>
                                              NANCY J. KOPPE<br>
                                              United States Magistrate Judge