# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH RICHARDSON, | Case No. 2:15-cv-01936-LDG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant(s). | |

The parties have filed notice of settlement, indicating that they have reached terms that will result in dismissal of this case and that each party will bear their own fees and costs. Docket No. 55. Accordingly, the order to show cause at Docket No. 51 is **DISCHARGED** as moot.

IT IS SO ORDERED.

DATED: June 7, 2017

_____
Nancy J. Koppe
United States Magistrate Judge