1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   6060 Elton Avenue – Suite A
3  Las Vegas, Nevada 89107
   (702) 366-1125
4  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Judith Richardson, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants. | CASE NO. 2:15-cv-01936-RFB-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties have agreed to a full and final resolution of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between CURTISS S. CHAMBERLAIN, ESQ. of the LAW OFFICES OF CURTISS S. CHAMBERLAIN, Attorneys for Plaintiff JUDITH RICHARDSON, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

1. That this case, including all claims of Plaintiff JUDITH RICHARDSON against Defendant SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///
///
///
///

CLAC 4005174.1

That the trial date of June 12, 2017, shall be vacated.

Respectfully submitted this 9th day of ~~June~~ November, 2017.

| | |
|---|---|
| LAW OFFICES OF<br>CURTISS S. CHAMBERLAIN<br><br>*/s/ Curtiss S. Chamberlain*<br><br>CURTISS S. CHAMBERLAIN, ESQ.<br>Nevada Bar No. 11535<br>6887 West Charleston Boulevard<br>Las Vegas, NV 89117<br>(702) 256-4566<br>Attorneys for Plaintiff<br>JUDITH RICHARDSON | COOPER LEVENSON, P.A<br><br>*/s/ Jerry S. Busby*<br><br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED.

CASE DISMISSED WITH PREJUDICE AND TRIAL DATE OF JUNE 12, 2017 IS HEREBY VACATED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.

CLAC 4005174.1

2